IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**Civil Action No. 1:25-cv-10190-RGS**

DAVID COUCHENOUR,

    Plaintiff,

v.

INTRASYSTEMS, LLC,

    Defendant.

**JOINT STIPULATION TO TRANSFER MATTER TO THE WESTERN DISTRICT OF PENNSYLVANIA FOR CONSOLIDATION WITH RELATED MATTERS**

Plaintiff David Couchenour ("Plaintiff"), and Defendant IntraSystems, LLC ("Defendant"), by and through their respective counsel, herby stipulate and agree as follows:

1. On January 24, 2025, Plaintiff filed a complaint against Defendant, which has been served and appeared.

2. The complaint is one of twelve putative class action complaints filed in this District arising out of an alleged October 11, 2024 cybersecurity incident impacting IntraSystems' subsidiaries Home Medical Equipment and Home Infusion (the "Incident")[1]. Moreover, eight

---

[1] *Lisa Mikec v. IntraSystems, LLC, Allegheny Health Network*, Case No. 25-cv-10205 (D. Mass.); *Renee Brooks and Marie Morgan v. IntraSystems, LLC, Allegheny Health Network*, Case No. 25-cv-10206 (D. Mass); *Sally Fitzgerald v. IntraSystems, LLC, Allegheny Health Network*, Case No. 25-cv-10218 (D. Mass.); *Richard Witas v. IntraSystems, LLC, Allegheny Health Network*, Case No. 25-cv-10221 (D. Mass.); *Deena Snyder v. IntraSystems, LLC, Allegheny Health Network*, Case No. 25-cv-10243 (D. Mass.); *Robin Herman v. IntraSystems, LLC, Allegheny Health Network*, Case No. 1:25-cv-10204-PGL (D. Mass.); *Deane Petzel v. IntraSystems, LLC and Allegheny Health Network*, Case No. 25-cv-10191 (D. Mass.); *Michelle Boyer v. Allegheny Health Network, Allegheny Health Network Home Medical Equipment LLC, Allegheny Health Network Home Infusion LLC, and IntraSystems, LLC*, Case No. 25-cv-10364 (D. Mass.), *David Couchenour v. IntraSystems, LLC, Case No. 25-cv-10190 (D. Mass.); Tyler Hochberg v. IntraSystems, LLC, Allegheny Health Network*, Case No. 25-cv-10270 (D.Mass.); *Paul Brennsteiner v. IntraSystems, LLC*, Case No. 25-10350 (D. Mass.); *and Linda O'Dell v. IntraSystems, LLC*, Case No. 25-10491(D. Mass.).

1

additional putative class actions arising from the Incident have been filed against IntraSystems and AHN (or just AHN) outside this District in Pennsylvania federal and state courts.2  The three (3) federal court cases were filed in the Western District of Pennsylvania and, by court order, now have been consolidated (the "Consolidated Case").  See Order Granting Motion to Consolidate, Docket No. 9, Douglas Dimoff v. Allegheny Health Network, Case No. 25-cv-00125 (W.D. Pa. March 3, 2025).

3. Plaintiff resides in Pennsylvania and IntraSystems has operations in Pennsylvania. Pennsylvania—specifically the Western District of Pennsylvania—is a district where this present case could have been brought and a district that is convenient for the parties and witnesses. See Avci v. Brennan, 232 F. Supp. 3d 216, 218 (D. Mass. 2017) (a district court may transfer a civil action pursuant to 28 U.S.C. § 1404(a) to any other district where the case could have been brought for the convenience of parties and witnesses.) Moreover, the interests of justice are served by litigating these cases in a single venue where, for the coordination and conservation of judicial resources and the avoidance of inconsistent judgments, this case will be consolidated with the Consolidated Case. See Order Granting Motion to Consolidate, Docket No. 9, Douglas Dimoff v. Allegheny Health Network, Case No. 25-cv-00125 (W.D. Pa. March 3, 2025); see also Brennan, 232 F. Supp. 3d at 218 (transfer pursuant to 28 U.S.C. § 1404(a) is warranted if transfer also serves the interests of justice).

---

[2] *Barbara Silliman-Guyer v. Allegheny Health Network*, Case No. GD-25-000694 (Pa. Com. Pl. Ct.); *David Couchenour v. Allegheny Health Network*, Case No. GD-25-000847 (Pa. Com. Pl. Ct.); *Patrick Lynch v. Allegheny Health Network*, Case No. GD-25-000852 (Pa. Com. Pl. Ct.); *Patrick Lee and Kelly Lee v. Allegheny Health Network*, Case No. GD-25-000882 (Pa. Com. Pl. Ct.); *Wendy Palermo v. Allegheny Health Network*, Case No. GD-25-000880 (Pa. Com. Pl. Ct.); *Douglas Dimoff v. Allegheny Health Network*, Case No. 25-cv-00125 (W.D. Pa.); *John Weltz v. Allegheny Health Network,* 25-cv-00275 (W.D. Pa.); and *Cynthia Kehr v. Allegheny Health Network, IntraSystems, LLC*, Case No. 25-cv-00149 (W.D. Pa.).

4.  For these reasons, Plaintiff and Defendant agree to the transfer of the instant matter to the Western District of Pennsylvania to enable its consolidation with the Consolidated Case.[3]

5.  Additionally, to conserve Court and party resources, Plaintiff and Defendant respectfully request that all deadlines and upcoming dates be vacated pending this Court's ruling regarding transfer.

IT IS HEREBY STIPULATED, subject to Court approval, that transfer of this case to the Western District of Pennsylvania pursuant to 28 U.S.C. § 1404(a) is appropriate, and that all deadlines and dates related to this case are vacated pending a ruling on this joint stipulation and any related transfer order.

| | |
|---|---|
| Dated: April 8, 2025 | Respectfully submitted, |
| /s/ H. Luke Mitcheson<br>H. Luke Mitcheson (BBO #676386)<br>**MORGAN & MORGAN**<br>One State Street, Ste 750<br>Boston, MA 02109<br>T: (857) 383-4905 lmitcheson@forthepeople.com<br><br>Andrew W. Ferich (*pro hac vice* to be filed)<br>**AHDOOT & WOLFSON, PC**<br>201 King of Prussia Road, Suite 650<br>Radnor, PA 19087<br>Tel: (310) 474-9111<br>aferich@ahdootwolfson.com | /s/ *Jennifer R. O'Shea*<br>Jennifer R. O'Shea BBO #641144<br>**WINGET, SPADAFORA,**<br>**& SCHWARZBERG, LLP**<br>One Boston Place, Suite 2600<br>Boston, MA 02108<br>T: (617) 544-9900<br>Oshea.J@wssllp.com<br><br>*Counsel for Defendant*<br>*IntraSystems, LLC* |

---

[3] Additionally, transfer has been granted to the Western District of Pennsylvania in other related District of Massachusetts actions. *See Robin Herman v. IntraSystems, LLC, Allegheny Health Network*, Case No. 1:25-cv-10204-PGL (D. Mass.) (Docket No. 10 and 11).

Kenneth J. Grunfeld *(pro hac vice* to be filed)
Jeff Ostrow (pro hac vice to be filed)
**KOPELOWITZ OSTROW P.A.**
65 Overhill Road
Bala Cynwyd, PA 19004
Tel.: (954) 525-4100
grunfeld@kolawyers.com
ostrow@kolawyers.com

Jean S. Martin (*pro hac vice* to be filed)
Francesca Kester Burne (*pro hac vice* to be filed)
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
jeanmartin@forthepeople.com
fburne@forthepeople.com

*Counsel for Plaintiff and the Proposed Class*

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1, I certify that counsel for Defendant has conferred with counsel for the Plaintiff, and counsel for the Plaintiff have assented to the relief requested herein.

Dated: April 8, 2025                                     */s/ Jennifer R. O'Shea*

## CERTIFICATE OF SERVICE

I, Andrew H. Jensen, certify that, on this 8th day of April, I caused a true and correct copy of the foregoing *Joint Stipulation to Transfer Matter to the Western District of Pennsylvania for Consolidation with Related Matters* to all parties/counsel who have entered an appearance in this matter via CM/ECF system.

/s/ Andrew H. Jensen
Andrew H. Jensen